UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND SALINAS, | No. 2:12-cv-03102-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SMITH & NEPHEW, INC., | |
| Defendant. | |

On January 14, 2015, the court issued a minute order staying this case and ordering the parties to "file a joint report notifying the court of the completion of the claim's administration, or within 90 days shall file a joint report describing the status of the bankruptcy matter, whichever is earlier." ECF No. 30. As of the date of this order, the parties have filed no joint report.

The parties are hereby ordered to show cause within seven days why they should not be sanctioned $250.00 each for failure to comply with the court's order.

IT IS SO ORDERED.

DATED: June 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

1